Filed 8/26/13

CERTIFIED FOR PUBLICATION


IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----


| | |
|---|---|
| THE PEOPLE, | C067178 |
| Plaintiff and Respondent, | (Super. Ct. No. 10F00181) |
| v. | |
| GEORGE HANNA, | ORDER MODIFYING OPINION AND DENYING REHEARING [NO CHANGE IN JUDGMENT] |
| Defendant and Appellant. | |


THE COURT:


It is ordered that the opinion filed herein on July 31, 2013, be modified as follows:

Delete the last sentence that begins on page eight and continues on page nine and replace with the following sentence:

The trial court correctly instructed on the elements of attempted lewd act with a child under 14 years of age.

This modification does not change the judgment.

The petition for rehearing is denied.

THE COURT:


_____NICHOLSON_____, Acting P. J.


_____MAURO_____, J.


_____HOCH_____, J.

2